# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## JUDGMENT RENDERED AUGUST 8, 2025

---

### NO. 03-23-00125-CV

---

**Mike Morath, Texas Commissioner of Education, and
La Villa Independent School District, Appellants**

**v.**

**Dr. Paz Elizondo, Appellee**

---

**APPEAL FROM THE 455TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES TRIANA, CRUMP, AND JONES
DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE JONES**

---

This is an appeal from the judgment signed by the trial court on January 24, 2023. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.